JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CURTIS D. THOMAS, | ) | Case No. EDCV 15-0051-BRO (KK) |
| Petitioner, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| SANDRA PENNYWELL-ALFARO, | ) ) ) | |
| Respondent. | ) | |

In accordance with the Order Regarding Summary Dismissal of Action ,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.  The Clerk of the Court is directed to refer the Petition to the Ninth Circuit pursuant to Ninth Circuit Rule 22-3(a).

DATED:  February 12, 2015

_____
HON. BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE